Opinion issued March 14, 2003










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01273-CV

____________


ALLCHEM BLENDING & PACKAGING, INC., Appellant


V.


CALABRIAN CHEMICALS CORPORATION, CALABRIAN CORPORATION
AND CHARLES E. COGLIANDRO, Appellees






On Appeal from the 152nd District Court

Harris County, Texas

Trial Court Cause No. 2000-63106






MEMORANDUM OPINION

 Appellant moves to dismiss its appeal because the parties have entered into an
agreement to settle their dispute.

 Accordingly, we vacate the trial court's judgment signed September 12, 2002,
and remand the case to the trial court for rendition of judgment consistent with the
parties' settlement agreement.

 We grant appellant's motion to dismiss the appeal. The appeal is dismissed
with prejudice to refiling. All motions are overruled as moot. The Clerk is
ORDERED to issue mandate immediately.

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Alcala.